**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


ARRELL FARMER
ADC #119178                                                              PLAINTIFF

V.                              5:05CV00006 WRW/JTR

KENNETH ELLIS,
Lieutenant, Varner Super Max,
Arkansas Department of Correction, et al.                    DEFENDANTS


**<u>ORDER</u>**

On February 24, 2005, Plaintiff in this *pro se* § 1983 action filed a Motion requesting that the Court issue a summons and complete service upon Defendants Hunter and Lewis. *See* docket entry #10-1. The Motion is moot because both Defendants have been served and have filed Answers. *See* docket entries #11, #14, #16, and #17.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Issuance of Summons and Service (docket entry #10-1) is DENIED, AS MOOT.

Dated this 28th day of July, 2005.


_____
UNITED STATES MAGISTRATE JUDGE