**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ARRELL FARMER
ADC #119178                                                                                                PLAINTIFF

V.                                   5:05CV00006 WRW/JTR

KENNETH ELLIS, Lieutenant,
Varner Super Max, Arkansas Department of Correction, et al.                 DEFENDANTS

**ORDER**

Defendants in this § 1983 action have filed two Motions and Briefs in Support requesting permission to depose Plaintiff, who is currently incarcerated at the Varner Unit of the Arkansas Department of Correction. *See* docket entries #22 through #25. Federal Rule of Civil Procedure 30(a)(1) provides, in pertinent part, that: "A party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined is confined in prison . . . ." For good cause shown, the Motions will be granted.

IT IS THEREFORE ORDERED THAT Defendants' Motions to Depose Plaintiff (docket entries #22 and #24) are GRANTED.

Dated this 14th day of September, 2005.

/s/ J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE