IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRELL FARMER
ADC #119178                                                                                                PLAINTIFF

V.                                           5:05CV00006 WRW/JTR

KENNETH ELLIS, Lieutenant,
Varner Super Max, Arkansas Department of Correction, et al.                    DEFENDANTS

**ORDER**

On November 30, 2005, the Court entered a Scheduling Order setting an Evidentiary Hearing for March 15, 2006, and imposing other deadlines. *See* docket entry #34. Since that time, it has come to the Court's attention that Plaintiff included a jury demand in his Complaint. *See* docket entry #2. Additionally, the parties have not consented to proceed before a United States Magistrate Judge.

Accordingly, the November 30, 2005 Scheduling Order will be vacated, and the parties will be given until February 1, 2006, to complete discovery and file any dispositive motions. If no such motions are filed, the Court will notify the Honorable William R. Wilson, Jr., United States District Judge, that the case is read to be set on his docket for a jury trial.

IT IS THEREFORE ORDERED THAT:

(1)     The November 30, 2005 Scheduling Order (docket entry #34) is VACATED, all deadlines imposed therein are VOID, and the March 15, 2006 Evidentiary Hearing is CANCELED.

(2)     The parties will have until **February 1, 2006,** to complete discovery and file any dispositive motions.

Dated this 12th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE