IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRELL FARMER
ADC #119178                                                                                   PLAINTIFF

V.                              5:05CV00006 WRW/JTR

KENNETH ELLIS, Lieutenant,
Varner Super Max, Arkansas Department of Correction, et al.         DEFENDANTS

## ORDER

Plaintiff in this *pro se* § 1983 action included a jury demand in his Complaint. *See* docket entry #2. Additionally, the parties have not consented to proceed before a United States Magistrate Judge, and they have indicated that they do not intend to file any further dispositive motions. *See* docket entry #35. Accordingly, the Court will notify the Honorable William R. Wilson, Jr., United States District Judge, that the case is ready to be set on his docket for a jury trial.

Given the seriousness of Plaintiff's claims and his inability to prosecute his claims before a jury without the assistance of counsel, the Court concludes that appointment of counsel is warranted at this time. *See Johnson v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986) (explaining that a court may, in its discretion, appoint counsel for a *pro se* prisoner if it is convinced that he has stated a non-frivolous claim and that "the nature of the litigation is such that plaintiff as well as the court will benefit from the assistance of counsel").

Accordingly, the Court will appoint Mr. William B. Broadaway, who has been randomly selected from a list of attorneys licensed to practice before this Court. **Additionally, the Court will no longer accept for filing any *pro se* pleadings submitted by Plaintiff – instead, all future pleadings must be filed and signed by Plaintiff's appointed counsel**. *See* Local Rule 5.5(c)(2) (providing that: "Every pleading filed in behalf of a party represented by counsel shall be signed by

at least one attorney of record").

Finally, Plaintiff's Complaint named Defendant Hunter without specifying a first name for that individual. *See* docket entry #2. On April 19, 2005, Defendant Hunter filed an Answer indicating, among other things, that her full name is Kathy Hunter. *See* docket entry #17. The Clerk will be directed to amend the docket sheet accordingly.

IT IS THEREFORE ORDERED THAT:

1. Mr. William B. Broadaway, of the Broadaway and Broadaway law firm, 924 West Court Street, Paragould, AR 72451, is APPOINTED to represent Plaintiff in this § 1983 action.

2. The Clerk is directed to send Mr. Broadaway a copy of this Order and Local Rule 83.7. If Mr. Broadaway is unable to obtain the remainder of the file from CM/ECF, he should contact Judge Ray's Chambers at 501-604-5230, and a copy of the file, or any portion thereof, will be provided to him free of charge.

3. The Clerk is directed to refrain from docketing any future *pro se* pleadings submitted by Plaintiff.

4. The Clerk is directed to indicate on the docket sheet that "Defendant Hunter, Nurse, Varner Unit, ADC" is "Defendant Kathy Hunter, Nurse, Varner Unit, ADC."

Dated this 7th day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE