IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ARRELL FARMER, ADC # 119178**                                                   **PLAINTIFF**

**VS.**                                        **5:05CV00006-WRW**

**LT. KENNETH ELLIS**                                                                **DEFENDANT**

### ORDER

A jury trial was set on today's date. Plaintiff's lawyer, Mr. William Broadway was present and Defendant's lawyer, Mr. Joseph Cordi, Jr., was present. Plaintiff, Mr. Arrell Farmer, did not show up, even though his lawyer notified him of the trial date in writing and by phone. Defendant moved for a dismissal for failure to prosecute. In view of Plaintiff's failure to appear, Defendant's Motion is GRANTED, and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of November, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE