IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRELL FARMER, ADC # 119178                                                      PLAINTIFF

VS.                                    5:05CV00006-WRW

LT. KENNETH ELLIS                                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of November, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE